UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Edward T. Kelly
Terri L. Kelly,   Case No. 12-61616-MBM
   Chapter 13
           Debtors.    /   Hon. Marci B. McIvor

### ORDER SUSTAINING BANK OF AMERICA'S OBJECTION TO CONFIRMATION

For the reasons set forth in the Opinion entered on February 19, 2013;

IT IS HEREBY ORDERED that Creditor, Bank of America's Objection to Confirmation of Debtors' Plan of Reorganization is SUSTAINED.

Signed on February 19, 2013

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge